So Ordered.                                     _____

                                                            Diane Davis
Signed this 13 day of October, 2015.       United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
IN RE:
        LISA LYNN GUADAGNO
                                         Chapter 13
                                         Case No. 15-60316
                         Debtor.
-----------------------------------------------------------------

ORDER TO DETERMINE & RECLASSIFY CLAIM

     A Motion to Reclassify Claim regarding the above debtor having been made by the debtor through her attorney, Jason A. Brott, Esq., and the matter having been scheduled for hearing on October 6, 2015, at 9:30 a.m., and no opposition having been filed by any interested party, and the Trustee, Mark W. Swimelar, Esq. having filed no objection, and the Court having had due deliberation thereon; it is hereby

     ORDERED, that the Motion of the above debtor to Reclassify Claim is hereby granted; and it is further

     ORDERED, that Claim #2-1 of United Consumer Financial Services, currently in the sum of $2,208.30, shall be reclassified as wholly unsecured in the amount of $2,208.30; and it is further

ORDERED, that the Chapter 13 Trustee pay said creditor as determined by this Court its pro rata share of all unsecured claims filed.

###